IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NATHANIEL G. BAILEY                                                                     PETITIONER
REG. # 05138-017

VS                                                            CIVIL ACTION NO.: 3:15-cv-889-HTW-LRA

WARDEN BRUCE BLACKMON                                                                   RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 11]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 11]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 26th day of April, 2017.**

**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**